PERKINS ASBILL, APLC
ROBIN K. PERKINS (SBN 131252)
NATALIA D. ASBILL-BEAROR (SBN 281860)
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone: 916.446.2000 / Facsimile: 916.447.6400
Email: robin@perkinsasbill.com
       natalia@perkinsasbill.com

Attorneys for Plaintiff
PATRICIA MCKINNEY

JACKSON LEWIS P.C.
DALE R. KUYKENDALL (SBN 148833)
KAITLYN L. LAVARONI (SBN 313366)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: 916.341.0404 / Facsimile: 916.341.0141
Email: dale.kuykendall@jacksonlewis.com
       kaitlyn.lavaroni@jacksonlewis.com

Attorneys for Defendants
AMERICAN RENAL MANAGEMENT, LLC and
COSMO FRASER

GORDON REES SCULLY MANSUKHANI
SARA MOORE (SBN 294255)
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.986.5900 / Facsimile: 415.986.8054
Email: smoore@grsm.com

Attorneys for Defendant
KIRA MACKEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MCKINNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN RENAL MANAGEMENT, LLC, a Delaware Limited Liability Corporation; COSMO FRASER, an individual; KIRA MACKEY, an individual; and DOES 1 through 25, inclusive,<br><br>    Defendants. | CASE NO. 2:19-CV-00695-JAM-KJN<br><br>**STIPULATION EXTENDING TIME TO FILE JOINT STATUS REPORT; ORDER** |

1

Plaintiff PATRICIA MCKINNEY ("Plaintiff") and Defendants AMERICAN RENAL MANAGEMENT, LLC and COSMO FRASER ("Defendants") (collectively, "the parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the deadline for the Parties to meet and confer as required to Fed. R. Civ. P. 26(f) and to prepare and submit a joint status report to the Court is July 15, 2019.

WHEREAS, Jackson Lewis P.C. was recently retained to represent Defendant Cosmo Fraser.

WHEREAS, Gordon Rees Scully Mansukhani was just retained yesterday to represent Defendant Kira Mackey.

WHEREAS, the Parties agree that extending the deadline to meet and confer and to submit a joint status report by two weeks will allow newly retained counsel sufficient time to assess the scope and timeframe of any anticipated discovery needed in this case and to meet and confer with Plaintiff's counsel about the Rule 26(f) discovery plan.

THEREFORE, IT IS HEREBY STIPULATION AND AGREED by the Parties, through their respective counsel, that the Parties shall meet and confer and submit the Joint Status Report no later than July 29, 2019

Dated: July 15, 2019     PERKINS & ASSOCIATES

By: */s/ Natalia D. Asbill-Bearor* (as authorized on 07.12.19)
NATALIA D. ASBILL-BEAROR
Attorneys for Plaintiff
PATRICIA MCKINNEY

Dated: July 15, 2019     JACKSON LEWIS P.C.

By: */s/ Dale R. Kuykendall*
DALE R. KUYKENDALL
KAITLYN L. LAVARONI
Attorneys for Defendants
AMERICAN RENAL MANAGEMENT, LLC and
COSMO FRASER

| | |
|---|---|
| Dated: July 15, 2019 | GORDON REES SCULLY MANSUKHANI |
| | By: */s/ Sara A. Moore* (as authorized on 07.12.19) |
| | SARA A. MOORE |
| | Attorneys for Defendant |
| | KIRA MACKEY |

## **ORDER**

Based upon the foregoing stipulation of the Parties, and good cause appearing therefor,

IT IS HEREBY ORDERED:

The Parties shall meet and confer and file the Joint Status Report not later than July 29, 2019.

| | |
|---|---|
| Dated: July 15, 2019 | /s/ John A. Mendez |
| | HONORABLE JOHN A. MENDEZ |
| | United States District Court Judge |