NATALIA D. ASBILL-BEAROR (SBN 281860)
natalia@perkinsasbill.com
PERKINS ASBILL
300 Capitol Mall, Suite 1800
Sacramento, CA  95814
Telephone:    916.446.2000
Facsimile:    916.447.6400

Attorney for Plaintiff PATRICIA MCKINNEY

Dale R. Kuykendall (SBN 148833)
Dale.kuykendall@jacksonlewis.com
Jackson Lewis P.C.
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone:    (916) 341-0404
Facsimile:    (916) 341-0141

Attorneys for Defendant AMERICAN RENAL MANAGEMENT, LLC AND COSMO FRASER

Jennifer M. Lynch (SBN 272976)
Jlynch@grsm.com
Sara A. Moore (SBN 294255)
Smore@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3324
Facsimile:  (415) 986-8054

Attorneys for Defendant KIRA MACKEY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MCKINNEY,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN RENAL MANAGEMENT, LLC, a Delaware Limited Liability Corporation; COSMO FRASER, an individual; KIRA MACKEY, an individual; DOES 1 through 25 inclusive,<br><br>  Defendants. | CASE NO. 2:19-cv-00695-JAM-KJN<br><br>JOINT STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE |

///

1
STIP AND ORDER FOR DISMISAL OF ACTION WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action, including all claims stated herein against all parties, with each party bearing its own attorney's fees and costs.

Dated:  August 13, 2020

By:   /s/ *Natalia D. Asbill-Bearor*
Natalia D. Asbill-Bearor
Attorney for Plaintiff Patricia McKinney

By:   /s/  *Dale R. Kuykendall*
Dale R. Kuykendall
Attorney for Defendant American Renal Management, LLC and Cosmo Fraser

By: /s/     *Jennifer M. Lynch*
Jennifer M. Lynch
Sara A. Moore
Attorney for Defendant Kira Mackey

**IT IS SO ORDERED:**
**August 13, 2020**

/s/ John A. Mendez
United States District Court Judge